[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  09-10315
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 9, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-01350-CV-T-27-MAP

LORENE YOUNG,

Plaintiff-Appellant,

versus

CARGILL JUICE NORTH AMERICA, INC.,
f.n.a. Cargill Citro-America, Inc.,

Defendant-Appellee
Cross Claimant,

KC CROMWELL, INC.,
f.n.a. Spartan Premier, Inc.,
d.b.a. Citrus Force Staffing,

Defendant
Cross Defendant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 9, 2009)

Before TJOFLAT, BIRCH and HULL, Circuit Judges.

PER CURIAM:

This is a personal injury case. The district court granted defendant summary judgment on the ground that defendant was plaintiff's statutory employer and entitled to immunity from suit pursuant to Florida's Workers' Compensation Act. Plaintiff appeals, contending that the "intentional tort" exception to such immunity applies and that material issues of fact remain to be litigated regarding that exception. We disagree, and therefore affirm. The intentional tort exception does not apply for the reasons stated in the district court's December 15, 2008 order granting appellee summary judgment.

AFFIRMED.